**UNITED STATES DISTRICT COURT**
Southern District of Florida
Case No: 14-60223-CV-UNGARO

WALTER MILLER and MARY FRANK,

    Plaintiff,

vs.

PATRICIA COMERY,

    Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM**

Plaintiffs, WALTER MILLER and MARY FRANK ("Plaintiffs"), by and through undersigned counsel, file their Answer and Affirmative Defenses to PATRICIA COMERY'S Counterclaim ("Comery"), and in support thereof states the following:

**ANSWER AND AFFIRMATIVE DEFENSES**

14. Admitted that it is alleged that Comery's damages are in excess of 15,000.

15. Unknown and therefore denied.

16. Admitted.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

## **AFFIRMATIVE DEFENSES**

1. Co-Plaintiff's injuries, if any, are as a result of the acts or omissions of Co-Plaintiff and, therefore her damages should be reduced, in whole or in part, under the doctrine of comparative negligence.

2. Co-Plaintiff has been the recipient of or, in the alternative is entitled to receive collateral source benefits and, as such, any recovery which would inure to the Co-Plaintiff's benefit in this case should be reduced by any collateral source benefits either paid or payable.

3. Co-Plaintiff had available personal injury protection benefits which were paid or are payable to cover some or all of the damages and Co-Defendants are entitled to a set-off.

4. Co-Plaintiff's damages are pre-existing in nature, and were not caused or exacerbated by this accident or Co-Defendants. Co-Plaintiff is thus precluded from any recovery. Specifically, Co-Defendant asserts that Co-Plaintiff was impaired prior to this accident and any treatment Co-Plaintiff received as a result of this accident was not reasonable, necessary or related. As a result, Co-Plaintiff is barred from recovery as no damages allegedly sustained by Co-Plaintiff are a direct result of this accident.

5. Any recovery should be reduced or barred by Co-Plaintiff's failure to mitigate the damages alleged.

6. Co-Plaintiff failed to mitigate her damages in accordance with Florida law and therefore, Co-Plaintiff's recovery is barred in its entirety and or diminished accordingly.

7. Co-Defendants assert they are entitled to a set-off of any contractual discount of medical bills or expenses, negotiated write-off of medical bills or expenses or negotiated agreement to pay medical bills or other expenses in the future pursuant to the law of collateral source set-offs and *Goble v. Frohman*, 901 So.2d 830 (Fla. 2005).

Alternatively, Co-Plaintiff is not entitled to claim bills, costs or expenses incurred but waived or not actually incurred by the Plaintiff.

## RESERVATION OF DEFENSES

Co-Defendants expressly reserve the right to amend and/or add additional affirmative defenses as discovery continues.

Respectfully submitted,

**KOCH PARAFINCZUK AND WOLF, P.A.**
*Attorneys for the Plaintiff*
110 E. Broward Boulevard, Suite 1630
Fort Lauderdale, FL 33301
Phone:         (954) 462-6700
Facsimile:     (954) 462-6567

s/Marcus J. Susen, Esq.
MARCUS J. SUSEN, ESQ.
Fla. Bar No. 70789

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on April 9, 2014 we served this document via CM/ECF which was electronically delivered to the following parties on the service list:

**KOCH PARAFINCZUK & WOLF, P.A.**
110 East Broward Blvd.
Suite 1630
Fort Lauderdale, FL 33301
Telephone:  (954) 462-6700
Facsimile:   (954) 462-6567

By:
s/Marcus J. Susen, Esq.
MARCUS J. SUSEN, ESQ.
Fla. Bar No. 70789

**SERVICE LIST**

**Evan Zuckerman <ezuckerman@florida-law.com>**
**Vernis & Bowling of Broward, P.A.**
5821 Hollywood Blvd.
Hollywood, FL 33021
Tel. 954-927-5330
Fax. 954-927-5320

KOCH PARAFINCZUK & WOLF, P. A.
110 EAST BROWARD BOULEVARD, SUITE 1630, FT. LAUDERDALE, FLORIDA 33301 • TEL: (954) 462-6700 • FAX: (954) 462-6567
3195 PONCE DE LEON BOULVARD, SUITE 200, CORAL GABLES, FLORIDA 33130 • TEL: (305) 460-9007