UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-60223-ROSENBERG/BRANNON

WALTER MILLER and MARY FRANK,

    Plaintiff(s),

vs.

PATRICIA COMERY,

    Defendant(s).

_____/

## ORDER SETTING STATUS CONFERENCE HEARING

THIS MATTER is before the Court *sua sponte*. Upon review of the pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the above styled case is set for a status conference hearing before the undersigned on **Friday November 21, 2014 at 9:00 a.m.**, at the Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, Fourth Floor, Courtroom 2, West Palm Beach, Florida 33401. The Court has set aside ten (15) minutes for the status conference hearing. **Counsel may appear via telephone but must file a notice of telephonic appearance at least one (1) day prior to the hearing.** The Parties shall coordinate the conference call should counsel elect to appear telephonically, and call the Court's chambers at (561) 803-3431 by 8:20 a.m. on the morning of the hearing.

**DONE and ORDERED** in chambers, at Fort Pierce, Florida, this 30th day of October, 2014.

ROBIN L. ROSENBERG
United States District Judge

Copies furnished to:
All Counsel of Record