UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:14-CV-60223-ROSENBERG/BRANNON

WALTER MILLER and MARY FRANK,

    Plaintiffs,

v.

PATRICIA COMERY,

    Defendant.
_____

PATRICIA COMERY,

    Counter-Plaintiff,

v.

WALTER MILLER, MARY FRANK, and
KENVILLE CHAMBERS

    Counter-Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Defendant's Motion for Summary Judgment against Plaintiff Walter Miller [DE 51]; the Defendant's Motion for Summary Judgment against Plaintiff Mary Frank [DE 52]; the Defendant's Motion for Sanctions and Motion to Strike for Fraud upon the Court [DE 54]; and the Defendant's Motion in Limine to Exclude Testimony from John Roberts [DE 71].

On Wednesday, November 19, 2014, this Court set the above-noted motions for a Hearing on Wednesday, December 3, 2014. *See* DE 82. Defense counsel was present in person. The Plaintiffs, who are *pro se* as of this Order, did not attend the Hearing.

1

For the reasons stated on the record at the Hearing, the Defendant's Motion to Dismiss for Fraud upon the Court [DE 54] is **DENIED**, and the Defendant's Motion in Limine to Exclude Testimony from Plaintiffs' Expert Witness John Roberts [DE 71] is **DENIED WITHOUT PREJUDICE**. The Defendant may raise the issues addressed in the Motion in Limine again prior to trial, in order that the Court may assess whether efforts have been made prior to trial to address the alleged deficiencies in the life care plan created by the Plaintiffs' expert witness for Plaintiff Walter Miller. All arguments made in the Motion in Limine are preserved. The Court has reserved ruling on the Defendant's Motion for Summary Judgment against Plaintiff Walter Miller [DE 51] and the Defendant's Motion for Summary Judgment against Plaintiff Mary Frank [DE 52]. As noted in the hearing, the Defendant is instructed to prepare a proposed order for each of those motions, and file the proposed orders with the Court no later than **Monday, December 8, 2014**.

At the hearing, the Defendant also made an *ore tenus* motion to supplement her two Motions for Summary Judgment to incorporate the deposition testimony of non-party eyewitness Wilma Bowney. The Court is granting that request, insomuch as the Defendant may provide the Court with the deposition transcript and a corresponding 1–2 page notice summarizing the transcript testimony by **Monday, December 8, 2014**. The Plaintiffs have five days from that date, until **Monday, December 15, 2014**, to file a supplemental response. Accordingly, it is

**ORDERED and ADJUDGED** that the Defendant's Motion to Dismiss for Fraud upon the Court [DE 54] is **DENIED**, and the Defendant's Motion in Limine to Exclude Testimony from Plaintiffs' Expert Witness John Roberts [DE 71] is **DENIED WITHOUT PREJUDICE**. The Defendant has until **Monday, December 8, 2014** to submit (1) a proposed order for each of her pending Motions for Summary Judgment, and (2) Wilma Bowney's deposition transcript,

along with a 1–2 page notice summarizing the transcript testimony. The Plaintiffs have until **Monday, December 15, 2014** to file a supplemental response to Wilma Bowney's testimony.

      **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this <u>4th</u> day of December, 2014.

                                                                                 _____

Copies furnished to:                              ROBIN L. ROSENBERG
Counsel of record                                UNITED STATES DISTRICT JUDGE