UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-60223-ROSENBERG/BRANNON

WALTER MILLER and MARY FRANK,

    Plaintiffs,

v.

PATRICIA COMERY,

    Defendant.

_____/

## ORDER SETTING STATUS CONFERENCE HEARING

THIS MATTER is before the Court *sua sponte*. Plaintiffs Walter Miller and Mary Frank, currently proceeding *pro se*, failed to attend the calendar call of January 7, 2015.[1] In light of this, and in light of their failure to attend the hearing of December 3, 2014, and their failure to participate in the filing of the joint pretrial stipulation, the Court is setting a status conference to discuss the status of the case and the parties' preparedness for trial. If either party fails to attend the status conference, sanctions, including but not limited to dismissal of the case, may be imposed. Upon review of the pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the above styled case is set for a status conference hearing before the undersigned on **Wednesday, January 14, 2015 at 8:30 a.m.**, at the Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, Fourth Floor, Courtroom 2, West

---

[1] The Court was able to contact *pro se* Plaintiffs prior to calendar call, and informed them of the status of their case and the impending calendar call. The Court informed Plaintiffs that they could appear telephonically and provided them with instructions explaining how to do so. The Court was later contacted by an attorney who, while not representing Plaintiffs, appeared on their behalf at the calendar call as a friend of the Court and confirmed that Plaintiffs were aware of the proceedings.

1

2

Palm Beach, Florida 33401. **Failure by either party to attend the status conference may result in the imposition of sanctions including, but not limited to, dismissal of the case**. The Court has set aside ten (10) minutes for the status conference hearing. **Counsel may appear via telephone but must file a notice of telephonic appearance at least one (1) day prior to the hearing.** Instructions for Tele Conference, please call five (5) minutes prior to the hearing.

1. *Toll-Free Number: 1(877)873-8018*
2. *Access Code: 9890482*
3. *Security Code (4008)*

**DONE and ORDERED** in chambers, at Fort Pierce, Florida, this 7th day of January, 2015.

Copies furnished to:
All counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

2